STATE OF NEW JERSEY v. JOHNNY WATSON.

September 28, 1982.

Cross-petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. JAMES BYRNE.

September 28, 1982.

Petition for certification granted.

TONY MAPLES v. CHRISTOPHER DIETZ.

September 28, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL WINGFIELD.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN ORTIZ ESPADA.

September 29, 1982.

Petition for certification denied.